**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **HILDA ELENA HARISPE** | * | Case No: 19-14688-WIL<br>Chapter 7 |
| Debtor, | * | |

\* \* \* \* \* \* \* \* \* \* \*

**TRUSTEE'S RESPONSE TO DEBTOR'S**
**OBJECTION TO STATEBRIDGE COMPANY, LLC'S PROOF OF CLAIM**

Janet M. Nesse (the "Trustee"), by undersigned counsel, files this response to Debtor's Objection to Statebridge Company, LLC's Proof of Claim (the "Objection," Docket No. 41) filed by Hilda Elena Harispe (the "Debtor"), and states as follows:

The Trustee does not have any position as to the merits of the Objection at this time. The Trustee does object to the entry of the proposed order to the extent it does not quantify the allowed amount of the claim in dispute. The Trustee is required to file a final report at the close of this case which includes the allowed amount of each claim and how much each claim will be paid. Should the proposed order be entered, the Trustee will be without guidance as to the allowed amount of Statebridge Company, LLC's Proof of Claim. Any order resolving the Objection should specifically quantify the allowed amount of Statebridge Company, LLC's Proof of Claim.

WHEREFORE, the Trustee requests that any order resolving the Objection specifically quantify the allowed amount of Statebridge Company, LLC's Proof of Claim, and that the Court grant such other relief as it deems appropriate or proper.

Dated: January 10, 2020                     Respectfully submitted,

/s/ *Justin P. Fasano*
Janet M. Nesse, Esq (MDB # 07804)
Justin P. Fasano, Esq. (MDB # 28659)
McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
Tel: (301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Attorneys for Chapter 7 Trustee, Janet M. Nesse*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 10, 2020, a true and correct copy of the foregoing has been served by CM/ECF upon:

Diana Carolina Valle diana.valle@vallelawfirm.com (Counsel for the Debtor/Movant)

Leah Christina Freedman bankruptcy@bww-law.com, leah.freedman@bww-law.com

And by e-mail to:

Jordan M. Spivok, Esquire jspivok@psclaw.net (Counsel to Statebridge Company, LLC)

/s/ *Justin P. Fasano*
Justin P. Fasano